United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 19-22998-BR
Roy Parnell Fontenot, II                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin                  Page 1 of 2              Date Rcvd: Nov 04, 2019
                              Form ID: 309A                Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2019.
```
db              +Roy Parnell Fontenot, II,    3307 West 116th Street,    Inglewood, CA 90303-3005
39965183        +Deptartment Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
39965184        +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                  Mason, OH 45040-8999
39965188         Dsnb Bloomingdales,    Attn: Recovery 'Bk',    Po Box 9111,    Mason, OH 45040
39965190        +Great Lakes,    2401 International Lane,    Madison, WI 53704-3192
39965191        +Great Lakes,    Attn: Bankruptcy,    Po Box 7860,    Madison, WI 53707-7860
39965197        +State Farm,    1 State Farm Plaza,    Bloomington, IL 61710-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: info@wajdalawgroup.com Nov 05 2019 04:09:22      Nicholas M Wajda,
                  Wajda Law Group, APC,    6167 Bristol Parkway,    Ste. 200,    Culver City, CA  90230
tr              +EDI: QSSLESLIE.COM Nov 05 2019 08:58:00      Sam S Leslie (TR),    3435 Wilshire Blvd., Suite 990,
                  Los Angeles, CA 90010-1998
smg              EDI: EDD.COM Nov 05 2019 08:58:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                  P.O. Box 826880,    Sacramento, CA  94280-0001
smg              EDI: CALTAX.COM Nov 05 2019 08:58:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                  P.O. Box 2952,    Sacramento, CA  95812-2952
smg              E-mail/Text: finance.bankruptcy@lacity.org Nov 05 2019 04:09:28      Los Angeles City Clerk,
                  P.O. Box 53200,    Los Angeles, CA  90053-0200
39965176        +E-mail/Text: bankruptcy@alliantcreditunion.com Nov 05 2019 04:11:20      Alliant CU,
                  Attn: Bankruptcy,    Po Box 66945,    Chicago, IL 60666-0945
39965178        +EDI: TSYS2.COM Nov 05 2019 08:58:00      Barclays Bank Delaware,    Attn: Correspondence,
                  Po Box 8801,    Wilmington, DE 19899-8801
39965177        +EDI: TSYS2.COM Nov 05 2019 08:58:00      Barclays Bank Delaware,    P.o. Box 8803,
                  Wilmington, DE 19899-8803
39965179        +EDI: CAPITALONE.COM Nov 05 2019 08:58:00      Capital One,    Po Box 30281,
                  Salt Lake City, UT 84130-0281
39965180        +EDI: CAPITALONE.COM Nov 05 2019 08:58:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
39965182        +EDI: CHASE.COM Nov 05 2019 08:58:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                  Wilmington, DE 19850-5298
39965181        +EDI: CHASE.COM Nov 05 2019 08:58:00      Chase Card Services,    Po Box 15298,
                  Wilmington, DE 19850-5298
39965186         EDI: DISCOVER.COM Nov 05 2019 08:48:00      Discover Financial,    Attn: Bankruptcy Department,
                  Po Box 15316,    Wilmington, DE 19850
39965185         EDI: DISCOVER.COM Nov 05 2019 08:48:00      Discover Financial,    Pob 15316,
                  Wilmington, DE 19850
39965187        +EDI: TSYS2.COM Nov 05 2019 08:48:00      Dsnb Bloomingdales,    Po Box 8218,
                  Mason, OH 45040-8218
39965189         EDI: CALTAX.COM Nov 05 2019 08:58:00      Franchise Tax Board,    Bankruptcy Section MS A340,
                  PO Box 2952,    Sacramento, CA 95812-2952
39965193        +E-mail/Text: bnc@nordstrom.com Nov 05 2019 04:10:29      Nordstrom FSB,    Attn: Bankruptcy,
                  Po Box 6555,    Englewood, CO 80155-6555
39965192        +E-mail/Text: bnc@nordstrom.com Nov 05 2019 04:10:29      Nordstrom FSB,    13531 E. Caley Ave,
                  Englewood, CO 80111-6505
39965194        +E-mail/Text: bkrgeneric@penfed.org Nov 05 2019 04:10:07      Pentagon Bank Card,    PO Box 1432,
                  Alexandria, VA 22313-1432
39965196        +E-mail/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG Nov 05 2019 04:11:30      SchoolsFirst FCU,
                  Attn: Bankruptcy,    Po Box 11547,    Santa Ana, CA 92711-1547
39965195        +E-mail/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG Nov 05 2019 04:11:30      SchoolsFirst FCU,
                  Po Box 11547,    Santa Ana, CA 92711-1547
39965199        +EDI: RMSC.COM Nov 05 2019 08:48:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                  Po Box 965060,    Orlando, FL 32896-5060
39965198        +EDI: RMSC.COM Nov 05 2019 08:48:00      Synchrony Bank/Care Credit,    C/o Po Box 965036,
                  Orlando, FL 32896-0001
39965200        +EDI: WFFC.COM Nov 05 2019 08:58:00      Wells Fargo Bank,    Po Box 5185,
                  Sioux Falls, SD 57117-5185
39965201        +EDI: WFFC.COM Nov 05 2019 08:58:00      Wells Fargo Bank,    Mac F823f-02f,    Po Box 10438,
                  Des Moines, IA 50306-0438
39965203        +EDI: WFFC.COM Nov 05 2019 08:58:00      Wells Fargo Bank NA,    Attn: Bankruptcy,
                  1 Home Campus Mac X2303-01a,    Des Moines, IA 50328-0001
39965202         EDI: WFFC.COM Nov 05 2019 08:58:00      Wells Fargo Bank NA,    Credit Bureau Dispute Resoluti,
                  Des Moines, IA 50306
                                                                                              TOTAL: 27
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0973-2            User: admin              Page 2 of 2              Date Rcvd: Nov 04, 2019
                                Form ID: 309A            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2019 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Roy Parnell Fontenot II | Social Security number or ITIN **xxx–xx–3041** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Central District of California | | Date case filed for chapter **7**  **11/1/19** |
| Case number:    **2:19–bk–22998–BR** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Roy Parnell Fontenot II | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3307 West 116th Street<br>Inglewood, CA 90303 | |
| 4. | **Debtor's attorney**<br>Name and address | Nicholas M Wajda<br>Wajda Law Group, APC<br>6167 Bristol Parkway<br>Ste. 200<br>Culver City, CA 90230 | Contact phone 310–997–0471<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Sam S Leslie (TR)<br>3435 Wilshire Blvd., Suite 990<br>Los Angeles, CA 90010 | Contact phone 213–368–5000<br>Email _____ |

/
**For more information, see pages 2 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

Debtor **Roy Parnell Fontenot II**                                                                                Case number **2:19–bk–22998–BR**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 255 East Temple Street, <br> Los Angeles, CA 90012 | Hours Open: 9:00 AM – 4:00 PM <br><br> Contact phone 855–460–9641 <br><br> Dated: 11/2/19 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 3, 2019 at 01:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location: <br><br> **915 Wilshire Blvd., 10th Floor, Meeting Room 2, Los Angeles, CA 90017** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/3/20** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**For more information, see pages 1 and 3 >**

Debtor **Roy Parnell Fontenot II**                                              Case number **2:19–bk–22998–BR**

| | | |
|---|---|---|
| **13.** | **Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| **14.** | **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| **15.** | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

For more information, see pages 1 and 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **3**